WESTERN STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – GRAND RAPIDS

_____

| | |
|---|---|
| JUSTIN R. LOTTO and<br>JOSHUA A. LOTTO,<br><br>     Plaintiffs,<br><br>vs.<br><br>AMERUS LIFE<br>INSURANCE COMPANY<br>an Iowa for profit corporation,<br><br>     Defendants. | Case NO. 1:06cv229<br><br>HON. HUGH W. BRENNEMAN, JR. |

_____

| | |
|---|---|
| Randy S. Hyrns (P31333)<br>Attorney for Plaintiff<br>Bittner, Hyrns, Daly & Riemland, P.C.<br>610 Ship Street, P.O. Box 290<br>St. Joseph, MI  49085<br>(269) 983-0551 | Ruth A. Cramer (P68743)<br>Attorney for Defendant<br>Schmidtke Hoeppner Consultants LLP<br>103 E. Lincolnway<br>Valparaiso, IN  46383<br>(219) 464-4961 |

_____

## **ORDER OF DISMISSAL**

The Plaintiffs, Justin R. Lotto and Joshua A. Lotto, and Defendant, AmerUs Life Insurance Company, have stipulated that the above-captioned case should be dismissed with prejudice.

The Court being duly advised, it is therefore ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, each party to bear their own costs.

Entered:  October 6, 2006         /s/ Hugh W. Brenneman, Jr.
                                  Hugh W. Brenneman, Jr.
                                  U.S. Magistrate Judge